**Order entered January 16, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01647-CR

### RICARDO BELTRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1056077-M**

## ORDER

The Court **GRANTS** court reporter Belinda G. Baraka's January 11, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Baraka to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/  CAROLYN WRIGHT
CHIEF JUSTICE